DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL EMEKEKWUE,**
Appellant,

v.

**CHOWTIME GRILL AND BUFFET,**
Appellee.

No. 4D19-839

[April 9, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE-17-019520.

Emelike Nwosuocha of Emelike Nwosuocha, P.A., Miami, for appellant.

Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN, J., and BOKOR, ALEXANDER, Associate Judge, concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***